**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

ANTON KARABA,

      Plaintiff,

v.                                                        CASE NO. 2:12-CV-52-FtM-99DNF

DR. ONDREJICKA, DR. STANLAND *et al.*,

      Defendants.

_____/

## ORDER

      This cause comes before the Court on the Report and Recommendation of Magistrate Judge Douglas N. Frazier, filed on May 21, 2012 (Doc. 11). In the Report and Recommendation, Magistrate Judge Frazier recommends that the Court deny Plaintiff Anton Karaba's ("Plaintiff") Motion for leave to proceed in *forma pauperis*, filed on February 22, 2012 (Doc. 6), and dismiss this case. Neither party has objected to the Report and Recommendation and the time to do so has expired.

      The Court is in agreement with the Magistrate Judge that Plaintiff has failed to file a complaint which sets forth a claim upon which relief may be granted and that Plaintiff's allegations fail to show that this Court has jurisdiction over this matter. *See* Doc. 11, p. 5. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 11) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Anton Karaba's Motion for leave to proceed in *forma pauperis* (Doc. 6) is **DENIED**.

3. This action is **DISMISSED**.

4. The Clerk is directed to terminate all pending motions, enter judgment accordingly and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on July 19, 2012.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
COUNSEL OF RECORD